1094

No. 76–766. YODER BROS., INC. v. CALIFORNIA-FLORIDA PLANT CORP. ET AL. C. A. 5th Cir. Certiorari denied. ██

No. 76–767. FRIED v. UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 76–775. ROYAL INDEMNITY Co. v. PRINCE ET AL., TRUSTEES. C. A. 7th Cir. Certiorari denied. 

No. 76–779. CITY OF EUCLID v. FITZTHUM ET AL. Sup. Ct. Ohio. Certiorari denied.

No. 76–780. KELSIE v. INDIANA. Sup. Ct. Ind. Certiorari denied. 

No. 76–782. GREAT WESTERN SUGAR Co. v. DAVIS CATTLE Co., INC. C. A. 10th Cir. Certiorari denied. 

No. 76–788. HOWLAND ET AL. v. CITY OF MONTEREY ET AL. C. A. 9th Cir. Certiorari denied. 

No. 76–791. JACOBS ET AL. v. KUNES, COUNTY ASSESSOR OF MARICOPA COUNTY, ET AL. C. A. 9th Cir. Certiorari denied. 

No. 76–792. GLENVIEW PARK DISTRICT v. MELHUS. C. A. 7th Cir. Certiorari denied. 

No. 76–796. MISSISSIPPI POWER & LIGHT Co. v. UNITED GAS PIPE LINE Co. ET AL. C. A. 5th Cir. Certiorari denied. 

No. 76–797. RURAL FOODS, INC., T/A SHOP & SAVE SUPER MARKETS v. UNITED STATES DEPARTMENT OF AGRICULTURE. C. A. 4th Cir. Certiorari denied.